UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PERCY NICKLES,                )
                              )
         Plaintiff            )
                              )
v.                            )  1:11-cv-00096-GZS
                              )
SHIRLEY BARLOW, et al.,       )
                              )
         Defendants           )

## RECOMMENDED DECISION

On March 31, 2011, I issued an Order that Plaintiff shall notify the court no later than April 21, 2011, whether he intends to incur the cost of the filing fee and proceed with this action, or whether he intends to forego this litigation at this time. Plaintiff was further advised that failure to fully comply with the Order will result in the issuance of a recommendation to dismiss the Complaint. As of today's date, the court has received no communication from plaintiff. Therefore, I recommend the Complaint be DISMISSED in its entirety for Plaintiff's failure to prosecute the action.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

April 26, 2011.

/s/Margaret J. Kravchuk
U.S. Magistrate Judge