## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| PERCY NICKLES, | ) | |
| | ) | |
|       Plaintiff | ) | |
| v. | ) | 1:11-cv-96-GZS |
| | ) | |
| SHIRLEY BARLOW, et al., | ) | |
| | ) | |
|       Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 7) filed April 26, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED** in its entirety for Plaintiff's failure to prosecute the action.

                                                                     /s/ George Z. Singal
                                                                  United States District Judge

Dated this 18th day of May, 2011.